# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201800141

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## CHARLES M. HERNANDEZ
Corporal (E-4), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding General, 2d Marine Aircraft Wing, Cherry Point, North Carolina.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Edward J. Danielson, USMC.
For Appellant: Commander Christopher E. Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 7 August 2018

———————————

Before WOODARD, FULTON, and FOIL, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


FOR THE COURT

RODGER. A. DREW, JR.
Clerk of Court